```
MIRIAM NICOLE MOORE          FST PREMIER                  SUNBELT FEDERAL CREDIT
33 W FRANKLIN ST             ATTN: BANKRUPTCY             6885 US HWY 49
SOSO, MS 39480               601 S MINNESOTA AVE          HATTIESBURG, MS 39402
                             SIOUX FALLS, SD 57104


THOMAS C. ROLLINS, JR.       HATTIESBURG EYE CLINIC       SUNBIT FINANCIAL
THE ROLLINS LAW FIRM, PLLC   100 W HOSPITAL DR            ATTN: BANKRUPTCY
P.O. BOX 13767               HATTIESBURG, MS 39402        PO BOX 24010
JACKSON, MS 39236                                         LOS ANGELES, CA 90024


AFFIRM                       KLARNA                       SUNBIT, INC
443 IRVING DR                PO BOX 8116                  ATTN: BANKRUPTCY
BURBANK, CA 91504            COLUMBUS, OH 43201           10940 WILSHIRE BLVD
                                                          LOS ANGELES, CA 90024


ARROWHEAD ADVANCE            LENDLY LLC                   TARGET NB
P.O. BOX 6048                ATTN: BANKRUPTCY             CO FINANCIAL
PINE RIDGE, SD 57770         105 SUGAR CAMP CIRCLE        PO BOX 9475
                             DAYTON, OH 45409             MINNEAPOLIS, MN 55440


CCBANK                       MOHELA                       UPROVA CREDIT
1835 W. STATE ST             ATTN: BANKRUPTCY             635 HWY 20 V
PLEASANT GROVE, UT 84062     633 SPIRIT DRIVE             UPPER LAKE, CA 95485
                             CHESTERFIELD, MO 63005


COMENITY BK                  NET CREDIT                   WEB BANK
ATTN: BANKRUPTCY             P.O. BOX 206766              2211 N FIRST ST
PO BOX 182273                DALLAS, TX 75320             SAN JOSE, CA 95131
COLUMBUS, OH 43218


CONCORA CREDIT               QUICK CREDIT
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
PO BOX 4477                  205 SUGAR CAMP CIRCLE
BEAVERTON, OR 97076          DAYTON, OH 45409


CREDIT NINJA                 RISE UP LENDING
27 N WACKER DR               P.O. BOX 636
#404                         FORT THOMPSON, SD 57339
CHICAGO, IL 60606


CREDIT ONE BANK              SOUTH CENTRA REGIONAL
ATTN: BANKRUPTCY DEPT        1220JEFFERSON ST.
6801 CIMARRON RD             LAUREL, MS 39440
LAS VEGAS, NV 89113
```