United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                          Case No. 26-50257-KMS

Miriam Nicole Moore                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                    User: mssbad                                  Page 1 of 2

Date Rcvd: Apr 13, 2026                 Form ID: n031                          Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miriam Nicole Moore, 33 W Franklin St, Soso, MS 39480-5583 |
| 5626109 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5626117 | + | Hattiesburg Eye Clinic, 100 W Hospital Dr, Hattiesburg, MS 39402-1369 |
| 5626124 | + | South Centra Regional, 1220Jefferson St., Laurel, MS 39440-4374 |
| 5648497 | + | South Central Clinics, 1220 Jefferson Street, Laurel, MS 39440-4355 |
| 5626125 | | Sunbelt Federal Credit, 6885 US Hwy 49, Hattiesburg, MS 39402 |
| 5626129 | | Uprova Credit, 635 Hwy 20 V, Upper Lake, CA 95485 |
| 5626130 | + | Web Bank, 2211 N First St, San Jose, CA 95131-2021 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5626110 | + | Email/Text: collections@arrowheadadvance.com | Apr 13 2026 19:36:00 | Arrowhead Advance, P.O. Box 6048, Pine Ridge, SD 57770-6048 |
| 5626114 | | Email/Text: bankruptcy_filings@creditninja.com | Apr 13 2026 19:36:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 5626111 | + | Email/Text: bankruptcy@ccbank.com | Apr 13 2026 19:36:00 | Ccbank, 1835 W. State St, Pleasant Grove, UT 84062-4038 |
| 5626112 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 13 2026 19:36:00 | Comenity Bk, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 5626113 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 13 2026 19:36:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5626115 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 13 2026 19:40:36 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5626123 | | Email/Text: arianna@dakotaeconomic.com | Apr 13 2026 19:36:00 | Rise Up Lending, P.O. Box 636, Fort Thompson, SD 57339 |
| 5626116 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 13 2026 19:40:33 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5640565 | + | Email/Text: gbechakas@outlook.com | Apr 13 2026 19:36:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5626118 | | Email/Text: customerservice.us@klarna.com | Apr 13 2026 19:36:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5626120 | | Email/Text: EBN@Mohela.com | Apr 13 2026 19:36:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5626121 | + | Email/Text: netcreditbnc@enova.com | Apr 13 2026 19:36:16 | Net Credit, P.O. Box 206766, Dallas, TX 75320-6766 |
| 5639680 | + | Email/Text: netcreditbnc@enova.com | Apr 13 2026 19:36:16 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5638710 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 13 2026 19:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: n031 | Total Noticed: 27 |

| | | | | LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
|---|---|---|---|---|
| 5626126 | | Email/Text: bankruptcy@sunbit.com | Apr 13 2026 19:36:00 | Sunbit Financial, Attn: Bankruptcy, Po Box 24010, Los Angeles, CA 90024 |
| 5626127 | | Email/Text: bankruptcy@sunbit.com | Apr 13 2026 19:36:00 | Sunbit, Inc, Attn: Bankruptcy, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 5626119 | | Email/Text: BankruptcyNotices@schear.net | Apr 13 2026 19:36:00 | Lendly LLC, Attn: Bankruptcy, 105 Sugar Camp Circle, Dayton, OH 45409 |
| 5626122 | | Email/Text: BankruptcyNotices@schear.net | Apr 13 2026 19:36:00 | Quick Credit, Attn: Bankruptcy, 205 Sugar Camp Circle, Dayton, OH 45409 |
| 5626128 | + | Email/Text: bncmail@w-legal.com | Apr 13 2026 19:36:00 | Target NB, Co Financial, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Miriam Nicole Moore trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  26−50257−KMS
**Chapter:**  13

**In re:**

Miriam Nicole Moore
33 W Franklin St
Soso, MS 39480

Notice of Entry of Order Confirming Plan

The Court entered an Order on April 13, 2026 (Dkt. # 16 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 13, 2026                    Danny L. Miller, Clerk of Court